IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 26-1206 (DLF)

**JOINT STATUS REPORT**

Pursuant to the Court's July 8, 2026, Minute Order, Plaintiff, Democracy Forward Foundation, and Defendant U.S. Department of Justice ("DOJ") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following meet and confer report.

This case concerns Plaintiff's November 12, 2025 and February 6, 2026 Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") requests seeking to obtain documents related to DOJ's Civil Rights Division's activities "concerning election administration ahead of the 2026 elections." *See* Am. Compl. (ECF No. 8) ¶ 9. Plaintiff filed this action on April 10, 2026, *see* Compl. (ECF No.) and amended its Complaint on April 20, 2026, see Am. Compl. Defendant filed its answer on June 8, 2026, *see* Answer (ECF No. 13).

The November 12, 2025, request sought certain communications between certain Civil Rights Division employees and an individual named Kurt Olsen. There are three requests dated February 6, 2026 (the so-called "MOU Request", "Eric Neff Request" and "External Communications Request").

DOJ reports the following. As regards the November 12, 2025, request, the Civil Rights Division ("CRT") has completed its search and has identified approximately 1,000 pages of

potentially responsive documents (96 total documents). As to that request, the Civil Rights Division completed its review and determined that approximately 30 total documents (400 pages) were responsive to this request. On June 17, 2026, CRT sent out several pages for external consultation for equities within to two government entities, with a response requested date of July 22, 2026. Both consultations were returned mid-late August 2026. All documents responsive to this request are currently being prepared for final approval to release. As there are several litigation productions requiring approval for release, CRT cannot provide an exact date for production, but anticipates releasing the non-exempt portion of these documents before the end of September 2026.

As regards the "Eric Neff" February 6, 2026, request, the Civil Rights Division sent a letter dated June 22, 2026, to Plaintiff, requesting a narrowing of item 4 of that request and received an acceptable response on July 1, 2026. CRT has completed its search for this part of the request and the parties have agreed on a format for production of these records. As the review has not begun, CRT cannot predict an estimated date of production at this stage, but anticipates a production of the non-exempt portion of these documents before the end of October 2026.

As regards the remaining parts of that request, the Civil Rights Division has completed its search and identified approximately 78,000 pages of potentially responsive records (7196 total documents). CRT has completed its responsiveness review resulting in approximately 1500 responsive documents. CRT is continuing a review for withholdings on these documents at the agreed to minimum rate of 500 pages per month. Once CRT's proposed withholdings review is complete, those pages containing external equities within will be sent out for consultation and all other documents will undergo final review within CRT for approval to release. Based on the volume of documents and the extensive withholding analysis required as many of these records

pertain to ongoing investigations and litigations, CRT has a revised anticipation of beginning rolling productions before the end of October 2026. Plaintiff is willing to confer with CRT about its search and to consider narrowing measures in an effort to avoid an extended production schedule.

As regards the "MOU" February 6, 2026, request, the Civil Rights Division completed its review of documents responsive to this search. On June 22, 2026, 31 pages were produced to Plaintiff. On August 17, 2026, the final 11 pages responsive to this request were produced to Plaintiff. CRT has completed its response to this request.

As regards the "External Communications" February 6, 2026, request, the Civil Rights Division completed its review of these documents. On August 7, 2026, the non-exempt portion of all 80 pages responsive to this request were produced to Plaintiff. CRT has completed its response to this request.

Based on the above, the Parties propose that they file a joint status report in sixty days, on or before November 9, 2026, and every sixty days thereafter, to apprise the Court on the status of Defendant's processing of Plaintiff's FOIA requests.

Dated: September 8, 2026

*/s/ Anisha N. Hindocha*
Anisha N. Hindocha
(Bar No. 1725159)
Daniel A. McGrath
(Bar No. 1531723)
Robin F. Thurston
(Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jeremy S. Simon*
Jeremy S. Simon, D.C. Bar #447956
Derrick A. Petit, D.C. Bar #144466
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2528
(202) 252-1729
Jeremy.Simon@usdoj.gov
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*