IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 26-1206 (DLF) |

**THIRD JOINT STATUS REPORT**

Pursuant to the Court's September 11, 2026, Minute Order, Plaintiff, Democracy Forward Foundation, and Defendant U.S. Department of Justice ("DOJ") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following meet and confer report.

This case concerns Plaintiff's November 12, 2025 and February 6, 2026 Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") requests seeking to obtain documents related to DOJ's Civil Rights Division's activities "concerning election administration ahead of the 2026 elections." *See* Am. Compl. (ECF No. 8) ¶ 9. Plaintiff filed this action on April 10, 2026, *see* Compl. (ECF No.) and amended its Complaint on April 20, 2026, see Am. Compl. Defendant filed its answer on June 8, 2026, *see* Answer (ECF No. 13).

The November 12, 2025, request sought certain communications between certain Civil Rights Division employees and an individual named Kurt Olsen. There are three requests dated February 6, 2026 (the so-called "MOU Request", "Eric Neff Request" and "External Communications Request").

DOJ reports the following. Regarding the November 12, 2025, request (26-00056-F), the Civil Rights Division completed its review of the responsive documents. On September 29, 2026, all 407 pages were produced to Plaintiff. CRT has completed its response to this request.

As regards the "MOU" February 6, 2026, request (26-00256-F), the Civil Rights Division completed its review of the responsive documents. On June 22, 2026, 31 pages were produced to Plaintiff. On August 17, 2026, the final 11 pages were produced to Plaintiff. CRT has completed its response to this request.

As regards the "External Communications" February 6, 2026, request (26-00258-F), the Civil Rights Division completed its review of the responsive documents. On August 7, 2026, the non-exempt portion of all 80 pages were produced to Plaintiff. CRT has completed its response to this request.

As regards Part 4 of the February 6, 2026 "Eric Neff Request" (26-00257-F), all responsive documents have been reviewed, and all 7 consultations have been returned. CRT is finalizing the release of this document set with an anticipated production of the non-exempt portions by the end of November 2026.

As regards the remaining parts of that request, the Civil Rights Division has completed its search and identified approximately 78,000 pages of potentially responsive records (7196 total documents). CRT has completed its responsiveness review resulting in approximately 1500 responsive documents. CRT and Plaintiff have agreed to process parent emails first, deferring processing of attachments[1]. During the month of October 2026, consultations were sent to 7 DOJ components, 6 federal agencies and the White House Counsel's Office for review of equities

[1] This only applies to CRT-only documents. Documents sent externally for consultation on equities within will provide the entire document family with recommended withholdings for review and comment to provide necessary context and avoid duplicative consultations.

within. All other documents are currently being reviewed by CRT for exemptions before being submitted for final approval to release. Based on the volume of documents, the extensive withholding analysis required as many of these records pertain to ongoing law enforcement proceedings and the Division's focus on midterm election priorities, CRT has a revised anticipation of beginning rolling productions before the end of November 2026. Plaintiff is willing to confer with CRT about its search and to consider narrowing measures in an effort to avoid an extended production schedule.

Based on the above, the Parties propose that they file a joint status report in sixty days, on or before January 8, 2027, and every sixty days thereafter, to apprise the Court on the status of Defendant's processing of Plaintiff's FOIA requests.

Dated: November 9, 2026

*/s/ Anisha N. Hindocha*
Anisha N. Hindocha
(Bar No. 1725159)
Daniel A. McGrath
(Bar No. 1531723)
Robin F. Thurston
(Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Derrick A. Petot*
Derrick A. Petit, D.C. Bar #144466
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-7269
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*